ELIZABETH LA CHANCE *v.* THOMAS L. HOYT ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*David B. Beizer,* assistant attorney general, and *Peter L. Costas,* in support of the petition.

Submitted November 17—decided November 25, 1969

LOUISE R. HENDRIX ET AL. *v.* CLIFFORD R. HENDRIX, JR.

The motion by the defendant for a clarification of the order of this court dated November 6, 1969, and for an extension of time to comply with that order is denied.

*Peter M. Ryan,* in support of the motion.

Submitted November 17—decided November 25, 1969

GEORGE EDWARDS ET AL. *v.* HON. AARON J. PALMER, JUDGE OF THE SUPERIOR COURT

The motion by the plaintiffs entitled "Motion for Leave to File Petition for Writ or Mandamus and/or Petition for Writ of Prohibition" is granted, and the petition annexed thereto is dismissed for lack of jurisdiction.

*W. Paul Flynn, George Johnson, L. Scott Melville* and *Theodore I. Koskoff,* in support of the motion.

Submitted November 17—decided November 25, 1969